AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1





# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

OCT 2 8 2005

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

**MARIO COVARRUBIAS**

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: **5:02CR00011-001**

USM Number: 14478-179

Alonzo Ramos
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s) <u>1, 2, 4, 5, 6, and 7</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Illegal possession of a controlled substance | 7/12/05 |
| 2 | Drug possession, usage, distribution, or administration | 7/12/05 |
| 3 | New Law Violation: Assault (No finding made) | 8/7/05 |
| 4 | Failure to participate as directed in drug/alcohol treatment program | 8/25/05 |

☒ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-8113
Defendant's Date of Birth: 1981

Defendant's Residence Address:
Laredo, Texas

Defendant's Mailing Address:
Laredo, Texas

October 18, 2005
Date of Imposition of Judgment

Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Oct 26, 2005
Date

AO 245D    • (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment -- Page 2 of 4

DEFENDANT:  MARIO COVARRUBIAS
CASE NUMBER:  5:02CR00011-011

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Leaving the Judicial District without permission | 8/10/05 |
| 6 | Failure to report change in residence within 72 hours | 8/10/05 |
| 7 | Failure to report as directed | 9/01/05 |

AO 245D • (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 2 -- Imprisonment

Judgment -- Page 3 of 4

DEFENDANT: **MARIO COVARRUBIAS**
CASE NUMBER: **5:02CR00011-011**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 6 (six) months. _____

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MARIO COVARRUBIAS
CASE NUMBER: 5:02CR00011-011

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

Based on the defendant's current lack of financial resources, the Court recommends cost of incarceration not be imposed. This is not a new monetary penalty. The original assessment was imposed on 3/7/02, and has not been satisfied.

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐ See Additional Restitution Payees.

| **TOTALS** | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine    ☐ restitution.

☐ the interest requirement for the ☐ fine    ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.